BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1962

No. 67052.—Reliance Merchandise Co., Inc. *v.* United States, protest 59/18764 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiff was sustained.

No. 67053.—Leading Forwarders, Inc. *v.* United States, protest 58/17074 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 67054.—International Packers, Limited *v.* United States, protest 60/18305 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.